THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM H. SMITH, JR., Appellant.—Judgment unanimously affirmed. Memorandum: On appeal from a judgment entered on convictions for three counts of burglary in the third degree and two counts of petit larceny, defendant raises several claims, none requiring reversal. Defendant was discovered in a room located in a building that housed several other businesses. Defendant fled to a car outside and was arrested shortly thereafter based upon a check of the car's license plate. Defendant relied upon an alibi defense, testifying that he was with a friend at the time of the alleged crimes.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER SMITH, Appellant.—Judgment unanimously modified, on the law, and, as modified, affirmed, in accordance with the following memorandum: Defendant's conviction on two counts

of robbery in the second degree must be reversed (Penal Law § 160.10 [2] [a]) and the sentence imposed thereon is vacated because they are lesser included crimes of robbery in the first degree (Penal Law § 160.15 [1]) of which defendant was convicted *(see, People v Jones,* 59 AD2d 538).

The trial court properly denied defendant's motion to sever the perjury charge from the robbery and assault charges even though they were different criminal transactions, since proof of the robbery and assault charges was material and admissible as evidence-in-chief under the perjury charge (CPL 200.20 [2] [b]; *see, People v Johnson,* 64 AD2d 140, *affd* 48 NY2d 925). We have examined defendant's remaining arguments and find them meritless. (Appeal from judgment of Onondaga County Court, Hurlbutt, J.—robbery, first degree.) Present—Dillon, P. J., Denman, Boomer, Green and O'Donnell, JJ.